26-C-312

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 FEB 24 P 1:56

CLERK OF COURT

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct Executed on 3rd day of February 2026

*Malik Hill Tte*
Malik Hill Tte

On this 24 day of February, 2026, before me, the undersigned, a Notary Public in and for Malik Hill, personally appeared the above-signed, known to me to be the one whose name is signed on this instrument, and had acknowledged to me that he/she has executed the same.

*Malik Hill Tte*
Signed.

*Joann Jordan 2/24/26*
Notary Name

JOANN JORDAN
Notary Public
State of Wisconsin
EXPIRES 8/20/27

HILL, MALIK DBA MALIK HILL
Plaintiff
    VS.
STATE OF WISCONSIN.
Defendant

Case No:
Civil Action For Deprivation of Rights
42 U.S.C. § 1983

- **NOTICE OF STATEMENT OF FACTS AND FALSE IMPRISONMENT**

This writ of summons shows how I was falsely imprisoned 3 times by the defendant; according to 42 usc §1983 and wis stat. 940.30. I move bona fide, therefore I tried to reach out to the defendant in hopes of receiving a remedy. The defendant chose to neglect my notice of injunction; memorandum of the Wisconsin Constitution. All besides Governor Tony Evers. In his reply he encouraged me to take legal action. I was falsely imprisoned for a case that had already been settled and dismissed in court. After making a prior agreement with the state to reinstate my license, I notified them on 3 different occasions that I had completed my end of the agreement. Twice in court and once to the justice point agent that was appointed to me. Exhibit C shows proof of a bond forfeiture hearing that took place. The DMV was contacted and the judge granted the dismissal of the case, all while congratulating me. Not too long after, I was pulled over, detained, and arrested for the same case that had got dismissed (which was already supposed to be dismissed due to the prior agreement). I was threatened and forced out of my vehicle by a Greenfield Police officer all while having my 1 y/o son with me. I explained to him calmly that the case had been dismissed and urged him to call the county for verification. He did indeed call the county, however he was still ordered to bring me in. Exhibit B shows records from the DMV. Proof that I had reinstated my license February of 2023. Arrest records in exhibit B shows that I was arrested 3 times AFTER February of 2023 for driving with a revoked license. After the third time being arrested (unlawfully) and released, I checked the DMV for the status of my license once again. I noticed it says that it's once again revoked for "forfeiture bond failure", however that court case was dismissed! This is an obvious violation under 42 usc 1985- conspiracy to interfere with civil rights. Exhibit D shows evidence of human trafficking violations under wis. Stat 940.302, 940.302(b) and 18 usc 1590.

### Demand For Relief

1. I demand the court order defendant to place Plaintiff on DO NOT STOP/ DO NOT DETAIN list
2. I demand that court order defendant to pay the fine of $5,000,000 (class h felony 3 times, schedule of fees)
3. I demand the court give other fees that court see applicable

WHEREFORE, PLAINTIFF DEMANDS the court to order DEFENDANT to pay all things demanded in relief stated above.
I certify to the best of my knowledge, information, and belief that this answer is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; is supported by

26-C-312

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 FEB 24 P 1:56

CLERK OF COURT

existing law or by a non-frivolous argument for extending, modifying, or reversing existing law. The factual contentions have reasonable opportunity for further investigation or discovery.

## EXHIBIT A

**42 U.S. Code §1983- Civil Action for deprivation of rights**
Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress

**Wis. Stat. 940.30   False Imprisonment**
Whoever intentionally confines or restrains another without the person's consent and with knowledge that he or she has no lawful authority to do so is guilty of a Class H felony. False imprisonment, or confinement, is the intentional, unlawful, and uncontested restraint by one person of the physical liberty of another. State v. Burroughs, 2002 WI App 18, 250 Wis. 2d 180, 640 N.W.2d 190, 01-0738.

**940.302   Human trafficking**
(b) Debt bondage" means the condition of a debtor arising from the debtor's pledge of services as a security for debt if the reasonable value of those services is not applied toward repaying the debt or if the length and nature of the services are not defined.

**42 U.S. Code 1985- Conspiracy to Interfere with civil rights**
(3)Depriving persons of rights or privileges
If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.

**EXHIBIT B**
DMV records for MALIK LARRY HILL. (see attachment)
MPD arrest records of MALIK LARRY HILL (see attachment)
Driver Safety Completion paperwork (see attachment)

**Exhibit C**
Forfeiture Bond Hearing judgment records (see attachment)
Notice of injunction sent registered mail (see attachment)
Tony Evers response letter (see attachment)

**Exhibit D**
Certified copy of status/trust agreement. Schedule of fees (see attachment)
Wellpath Holdings Bankruptcy Lawsuit (see attachment)

c/o 6019 N 109th St.
Milwaukee, WI 53225