**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

Malik L. Hill,

Plaintiff,

v. Case No. 26C0312

Kevin W. Connell, Scott R. Lesniewski,
Jacob Metzer and Heather Bohl,

Defendants.

---

## NOTICE OF APPEARANCE

---

**PLEASE TAKE NOTICE** that the City Attorney, Evan C. Goyke, by Assistant City Attorney, Matteo Reginato represents and appears for Defendants Kevin W. Connell, Scott R. Lesniewski, Jacob Metzer, and Heather Bohl, in the above-entitled action, and demands that a copy of all proceedings subsequent to the summons and complaint be served on our office, at Suite 800, City Hall, 200 East Wells Street, Milwaukee, Wisconsin 53202-3551.

Dated and signed at Milwaukee, Wisconsin this 27th day of August, 2026.

EVAN C. GOYKE
City Attorney

s/Matteo Reginato
MATTEO REGINATO
Assistant City Attorney
State Bar No. 1089724
*Attorneys for Defendants*
*Kevin W. Connell, Scott R. Lesniewski,*
*Jacob Metzer and Heather Bohl*

P.O. ADDRESS:
800 City Hall
200 East Wells Street
Milwaukee, WI 53202
(414) 286-2601
Email: MReginato@milwaukee.gov

2026-001242/00000000003156