**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

Malik L. Hill,

Plaintiff,

v. Case No. 26CV0312

Kevin W. Connell, Scott R. Lesniewski,
Jacob Metzer and Heather Bohl,

Defendants.

---

# KEVIN W. CONNELL AND SCOTT R. LESNIEWSKI'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT

---

Kevin W. Connell and Scott R. Lesniewski (hereafter, "Answering Defendants"), by and through their attorney, Evan C. Goyke, City Attorney, represented by Assistant City Attorneys Matteo Reginato, Joshua Cronin and Clint Muche, hereby submit the following Answer and Affirmative Defenses to Plaintiff's Amended Complaint.

1. **Answering section titled "NOTICE OF STATEMENT OF FACTS AND FALSE IMPRISONMENT,"** deny these Answering Defendants acted improperly or in violation of Plaintiff's constitutional, civil, and/or statutory rights as alleged or otherwise; as further answer, deny.

2. **Answering section titled "Demand For Relief," subsection 1**: admit Plaintiff seeks such relief but deny Plaintiff is entitled to the same, and deny these Answering Defendants acted improperly or in violation of Plaintiff's constitutional, civil, and/or statutory rights as alleged or otherwise; as further answer, deny.

3. **Answering section titled "Demand For Relief," subsection 2**: admit Plaintiff seeks such relief but deny Plaintiff is entitled to the same, and deny these Answering Defendants acted improperly or in violation of Plaintiff's constitutional, civil, and/or statutory rights as alleged or otherwise; as further answer, deny.

4. **Answering section titled "Demand For Relief," subsection 3**: admit Plaintiff seeks such relief but deny Plaintiff is entitled to the same, and deny these Answering Defendants acted improperly or in violation of Plaintiff's constitutional, civil, and/or statutory rights as alleged or otherwise; as further answer, deny.

## AFFIRMATIVE DEFENSES

These Answering Defendants hereby submit the following affirmative defenses to Plaintiff's Amended Complaint:

1. The injuries and damages sustained by Plaintiff, if any, may have been caused in whole or in part by his own actions or omissions, his failure to mitigate, or a combination of such;

2. The injuries and damages sustained by Plaintiff, if any, may have been caused in whole or in part by the acts or omissions of persons other than these Answering Defendants;

3. Plaintiff's Amended Complaint may contain claims which fail to state a claim upon which relief may be granted as against these Answering Defendants;

4. Any and all injuries or damages sustained by Plaintiff may be the result of an intervening and/or superseding cause preventing Plaintiff from obtaining a right of recovery against these Answering Defendants;

5. These Answering Defendants may be immune from suit under common law and statutory immunities and privileges including discretionary immunity and qualified immunity;

6. Any claim for punitive damages is not supported by law or the Constitution;

7. All of the acts of these Answering Defendants were in good faith and not motivated by malice or the intent to harm;

8. Any claims under Wisconsin law are subject to the prerequisites, limitations, and immunities contained in Wis. Stat. § 893.80 including, but not limited to, discretionary immunity, notice requirements and damages caps;

9. One or more of Plaintiff's claims may be barred, in whole or in part, by the favorable-termination rule established in *Heck v. Humphrey*, 512 U.S. 477 (1994);

10. The Court may lack personal jurisdiction over one of more defendants due to insufficient service of process;

11. These Answering Defendants incorporate the affirmative defenses of all co-defendants to the extent that they are applicable to them; and

12. These Answering Defendants reserve the right to amend this Answer and Affirmative Defenses to assert additional defenses as discovery proceeds.

WHEREFORE, these Answering Defendants respectfully request judgment as follows:

a. For a dismissal of Plaintiff's Amended Complaint upon its merits;

b. For the costs and disbursements of this action;

c. For reasonable actual attorneys' fees pursuant to 42 U.S.C. § 1988; and

d. For such other relief as this Court deems just and equitable.

**DEFENDANTS HEREBY REQUEST A TRIAL BY JURY.**

Dated and signed at Milwaukee, Wisconsin this 2nd day of November, 2026.

EVAN C. GOYKE
City Attorney

s/*Matteo Reginato*
MATTEO REGINATO
Assistant City Attorney
State Bar No. 1089724
JOSHUA CRONIN
Assistant City Attorney
State Bar No. 1064324
CLINT MUCHE
Assistant City Attorney
State Bar No. 1131629
*Attorneys for Defendants*
*Kevin W. Connell and Scott R. Lesniewski*

P.O. ADDRESS:
800 City Hall
200 East Wells Street
Milwaukee, WI 53202
(414) 286-2601
Email: MReginato@milwaukee.gov

2026-001242/